IN THE MATTER OF THE APPLICATION OF THE COMMISSIONERS OF CENTRAL PARK, ETC., FOR THE KINGSBRIDGE ROAD.

(Argued June 22, 1875 ; decided September 21, 1875.)

REPORTED below, 4 Hun, 599.

*James D. Carter* for the appellant.

*James A. Deering* for the respondent.

Agree to affirm on opinion of DAVIS, J., in court below.

All concur.

Order affirmed.